## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK PORT AUTHORITY,**
**an agency of the city of Little Rock, Arkansas**          **PLAINTIFF**

v.                              **No. 4:12-cv-435-DPM**

**LARS RECYCLING LLC**                          **DEFENDANT**

### ORDER

Joint motion to dismiss, № 25, granted.  All claims and counterclaims

are dismissed with prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

31 October 2013