# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK PORT AUTHORITY, an agency of the city of Little Rock, Arkansas | PLAINTIFF |
| v. No. 4:12-cv-435-DPM | |
| LARS RECYCLING LLC | DEFENDANT |

### ORDER

Joint motion to dismiss, № 25, granted. All claims and counterclaims are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2013