IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK PORT AUTHORITY,
an agency of the city of Little Rock, Arkansas          PLAINTIFF

v.                    No. 4:12-cv-435-DPM

LARS RECYCLING LLC                                       DEFENDANT

JUDGMENT

All claims and counterclaims are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2013