IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK PORT AUTHORITY,
an agency of the city of Little Rock, Arkansas                PLAINTIFF

v.                       No. 4:12-cv-435-DPM

**LARS RECYCLING LLC**                                        DEFENDANT

JUDGMENT

All claims and counterclaims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2013